**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | Lisa R. Ashford | ) Case No. 17-10746 |
| | | ) Chapter 13 Proceedings |
| | Debtor | ) Judge Arthur I. Harris |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONFIRMATION
(Document #15)

    Now comes CRAIG SHOPNECK, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby withdraws the Trustee's Objection to Confirmation that was filed on March 30, 2017.

/s/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on June 14, 2017 a true and correct copy of this Withdrawal was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William C Behrens, on behalf of Lisa R. Ashford, Debtor
        at Notices@Dannlaw.Com

And by regular U.S. mail, postage prepaid, on:

    Lisa R. Ashford, Debtor, at 3925 East 120th Street, Cleveland, OH 44105

/s/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268

CS/bas
06/14/17